UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN J MITCHELL,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No.  13-11138

ARTHUR J. TARNOW
SENIOR UNITED STATES DISTRICT JUDGE

MAGISTRATE JUDGE MICHAEL J. HLUCHANIUK

**ORDER ADOPTING REPORT AND RECOMMENDATION [22] AND GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [20] AND GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [16] AND REMANDING FOR FURTHER PROCEEDINGS**

On January 29, 2014, Magistrate Judge Hluchaniuk issued a Report and Recommendation [22] that Defendant Commissioner of Social Security's Motion for Summary Judgment [20] be GRANTED in part and DENIED in part and Plaintiff Brian Mitchell's Motion for Summary Judgment [16] be GRANTED in part and DENIED in part. Neither party has filed any objection to the Report and Recommendation.

The Court having reviewed the record, the Report and Recommendation [22] of the Magistrate Judge is hereby **ADOPTED** and is entered as the findings and conclusions of the Court.

**IT IS ORDERED** that Defendant's Defendant Commissioner of Social Security's Motion for Summary Judgment [20] be **GRANTED** in part and **DENIED** in part and Plaintiff Brian Mitchell's Motion for Summary Judgment [16] be **GRANTED** in part and **DENIED** in part.

**IT IS FURTHER ORDERED** that this matter is **REMANDED** for further proceedings in accordance with the Report and Recommendation [22].

**SO ORDERED**.

                                                          s/Arthur J. Tarnow
                                                          ARTHUR J. TARNOW
                                                          SENIOR U.S. DISTRICT JUDGE

Dated: March 4, 2014